UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                   22 cr 373-02 (JGK)

DASHAWN McNEILL,                                        **ORDER**
                    Defendant.
-------------------------------------------------------------X

      The bail review hearing scheduled for Thursday, July 13, 2023 is **adjourned to Tuesday, July 18, 2023, at 12:00pm.**

**SO ORDERED.**

                                                            */s/ John G. Koeltl*
                                                       **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          July 7, 2023