UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

UNITED STATES OF AMERICA

        - against -

DASHAWN MCNEILL,

              Defendant.
―――――――――――――――――――――――――――

22-cr-373 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    As discussed at the proceeding today, by **October 11, 2023**, defense counsel should provide a written status report regarding the defendant's compliance with the conditions of his release, including home confinement and mental health counseling.

SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                       _____
                                           John G. Koeltl
                                   United States District Judge