

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2023

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Adjourned to Tuesday, November 7, 2023, at 2:30 PM.*
*So Ordered.*
*/s/ JGK*
*10/27/23.*

Re: <u>United States v. Dashawn McNeill</u>, 22 Cr. 373 (JGK)

Dear Judge Koeltl:

The Government writes with respect to the bail review hearing scheduled for October 31 at 2:30 p.m. Due to a family member's surgery, the undersigned will be out of the state from October 31 until November 2, and understands that defense counsel is not available on November 3.[1] Accordingly, although the Government appreciates the need to address the defendant's conduct promptly, the Government respectfully requests that the bail review hearing be adjourned to the afternoon of Monday, November 6, or a later date on which the Court is available. Defense counsel and Pretrial Services consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   Defense counsel of record
               Pretrial Services Officer Courtney Defeo

---

[1] Defense counsel has also informed the Government that, due to a 2 p.m. sentencing on October 31, he will also be unavailable for the conference as currently scheduled.