## Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2310

**APPLICATION GRANTED
SO ORDERED**

*[signature]*
John G. Koeltl, U.S.D.J.

1/4/24

E-mail Address
mstein@stblaw.com

<u>VIA ECF</u>

January 3, 2024

**Re:** *United States v. Dashawn McNeill*, **1:22-cr-00373-JGK**

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Koeltl:

I represent Dashawn McNeill in the above-referenced matter. I write to respectfully request that the Court modify Mr. McNeill's conditions of supervised release to permit Mr. McNeill to reside full-time with his mother, Shafika McNeill, at 110 Chauncey Street, Brooklyn, New York 11233 during his remaining time on supervised release.

On December 14, 2023, your Honor sentenced Mr. McNeill to an 18-month term of imprisonment, set to begin on June 28, 2024. *See* ECF No. 82. Until that time, Mr. McNeill is to remain on supervised release. Mr. McNeill currently resides with his grandfather at 399 Herkimer Street, Brooklyn, New York 11213. Mr. McNeill's mother lived out of state until recently, and moved back to New York to be a source of support and guidance for Mr. McNeill. Mr. McNeill and his mother have both expressed how grateful they would be if the Court allowed them to live together. It appears clear that having Mr. McNeill live with his mother from now until his surrender date would be important for his growth and development. In addition, Mr. McNeill's new residence would be a three-minute walk from where he attends school.

Mr. McNeill's Pretrial Services Officer, Courtney DeFeo, has no objection to this requested change in living arrangements. The Government also has no objection.

I thank the Court for its consideration of this request.

Case 1:22-cr-00373-JGK   Document 91   Filed 01/04/24   Page 2 of 2
Case 1:22-cr-00373-JGK   Document 90   Filed 01/03/24   Page 2 of 2

2

Respectfully submitted,


*/s/ Mark J. Stein*

Mark J. Stein


cc:   Pretrial Services Officer Courtney DeFeo (by email)
       AUSA Patrick Moroney (by ECF)