UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                            22 cr 373-02 (JGK)

DASHAWN McNEILL,                                      **ORDER**

                    Defendant.
-----------------------------------------------------------X

        For the reasons stated on the record, today, the defendant shall surrender to an institution designated by the Bureau of Prisons by 2:00pm on **April 26, 2024**. If the Bureau of Prisons has not designated a facility by that time, the defendant may request an extension of time until the Bureau of Prisons has designated a facility for the defendant. The Court reiterates that it recommends to the Bureau of Prisons that the defendant be designated to an institution in the New York City area, so that he may be close to his family.

**SO ORDERED.**

                                                                     **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 21, 2024