UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                            22 cr 373-02 (JGK)

DASHAWN McNEILL,
                    Defendant.
------------------------------------------------------------X

      The Court, in a proceeding, today, appointed Sarah Krissoff, Esq., as counsel for the

defendant, Dashawn McNeill, for purposes pursuant to United States v. Curcio, 694 F. 2d 14, 27

(2d Cir. 1982).

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 28, 2026