UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                  22 cr 373 (JGK)

DASHAWN McNEILL,
                       Defendant.
----------------------------------------------------------------X

The hearing on violation of supervised release for defendant, Dashawn McNeill, scheduled

for June 25, 2026, is **advanced to Thursday, June 11, 2026, at 10:30am.**

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 7, 2026.