

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*THE MATTER IS ADVANCED FROM JUNE 11, 2026 TO WEDNESDAY, JUNE 10, 2026, AT 3:00PM.*

*SO ORDERED.*

*J. S. D. J.*

*5/29/26.*

   Re:   *United States v. Dashawn McNeill,* 22 Cr. 373 (JGK)

Dear Judge Koeltl:

   The parties have conferred in this violation of supervised release proceeding, in which an evidentiary hearing is scheduled for June 11, 2026. The Government understands that the defendant is willing to admit to Specification #8 in the Probation Office's April 15, 2026 Amended Violation Report, in exchange for the Government's dismissal of the remaining specifications.

   The Government further understands that the defendant wishes to proceed to sentencing directly after the admission, and that June 11 is no longer convenient for defense counsel. Accordingly, the parties respectfully request that the Court set a conference for the VOSR admission and sentencing. The parties have conferred and are available on June 9 before 3 p.m. and on June 10 other than 11 a.m. to 1 p.m., if a time on those dates is convenient for the Court.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

              By: _____
                    Patrick R. Moroney
                    Assistant United States Attorney
                    (212) 637-2330

Cc (by ECF and e-mail):   Mark Stein, Esq.
                    U.S. Probation Officers Lauren Blackford and Sabrina Gargano